UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEREK P. GENDRON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 3:21-cv-00717 |
| | ) | |
| GREGORY J. MCCOY and | ) | |
| CUNNINGHAM DALMAN P.C., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The Magistrate Judge has entered a Report and Recommendation (Doc. No. 24) in which he recommends that this action be transferred to the Western District of Michigan. No objections have been filed. Having reviewed the matter *de novo* in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommendation because it lacks personal jurisdiction over the Defendants and the case could have been filed in the Western District of Michigan. Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Doc. No. 24) is **ACCEPTED** and **APPROVED**;

(2) The Amended Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 11) is **DENIED AS MOOT**; and

(3) This action is hereby **TRANSFERRED** to the United States District Court for the Western District of Michigan pursuant to 28 U.S.C. § 1404(a).

Upon transferring the case, the Clerk will close the file in this Court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE