UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEREK P. GENDRON,

    Plaintiff,

v.

File no: 1:22-cv-376

HON. ROBERT J. JONKER

GREGORY J. McCOY, et al.,

    Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 10, 2022 (ECF No. 87). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 87) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Rule 11 Sanctions (ECF No. 60) is **granted in part and denied in part** as follows:

    1. Defendants' motion for costs is **denied**.

    2. Defendants' motion to place Plaintiff on restricted-filer status is **denied**.

    3. Defendants' motion for attorneys' fees is **granted in part and denied in part**.

    4. Plaintiff is ordered to pay Defendants twenty-two thousand, five hundred seventy-six dollars ($22,576.00) in attorneys' fees pursuant to Federal Rule of Civil Procedure 11.

Dated:   December 1, 2022           /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE